IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:13-CV-23958-DLG

FELIX BAUTISTA, individually, and THE SUNLAND GROUP, CORP., a Florida corporation,

      Plaintiff,

v.

JAIME ARISTY-ESCUDER; EDITORIAL BUHO, S.R.L.; JOSE ALEJANDRO AYUSO; and ANDRES LUCIANO MATEO MARTINEZ,

      Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, FELIX BAUTISTA ("Bautista") and THE SUNLAND GROUP CORP. ("SunLand") (collectively, the "Plaintiffs"), pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action without prejudice.

Dated: this 12th day of December, 2013.

                                              Respectfully submitted,

                                              /s/ Carlos A. Souffront
                                              Carlos A. Souffront
                                              Florida Bar No.: 47775
                                              csouffront@gray-robinson.com
                                              **GRAYROBINSON, P.A.**
                                              1221 Brickell Avenue, Suite 1650
                                              Miami, Florida 33131
                                              Telephone: (305) 416-6880
                                              Facsimile:  (305) 416-6887
                                              Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on December 12, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on this Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

## SERVICE LIST

Matias R. Dorta
Tew Cardenas LLP
1441 Brickell Ave., 15th Floor
Miami, Florida 33131

                      /s/ Carlos A. Souffront